IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                  Civil Action No. 1:14-cv-00171-CCC

JOHN DOE, subscriber assigned IP address
174.60.178.171,

    Defendant.

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 174.60.178.171. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 22, 2014

                                              Respectfully submitted,

                                              By:   /s/ *Christopher P. Fiore*
                                              Christopher P. Fiore
                                              cfiore@fiorebarber.com
                                              Attorneys At Law
                                              418 Main Street, Suite 100
                                              Harleysville, PA 19438
                                              Phone: 215-256-0205
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Christopher P. Fiore*_____
                                              Christopher P. Fiore